1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TERESA M. C., | Case No.: 23-cv-01588-DEB |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **[DKT. NO. 2]** |

Before the Court is Plaintiff Teresa M. C.'s Application to Proceed with her Complaint in forma pauperis ("IFP"). Dkt. No. 2.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).

Plaintiff is challenging the denial of her application for Social Security Supplemental Security Income benefits and Disability Benefits. Dkt. No. 1. Plaintiff is unemployed and has no checking or savings account. Dkt. No. 2 at 2. Plaintiff otherwise has limited income and assets. *Id*. Her application states she receives $1969 per month in adoption assistance and $1613 monthly for foster care. *Id.* at 1–2. Plaintiff lists a 2005 Dodge Durango as her only asset. *Id.* at 3. Plaintiff's monthly expenses total $3206. *Id.* at 4. After Plaintiff's total expenses, she has approximately $376.00 remaining for any additional expenses she, her child, or foster child incur.

Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the financial resources to pay for her filing fee. The Court, therefore, **GRANTS** Plaintiff's IFP Application.

**IT IS SO ORDERED**.

Dated: October 5, 2023

_____
Honorable Daniel E. Butcher
United States Magistrate Judge